DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN KORMAN,**
Appellant,

v.

**LAW OFFICES OF DAVID J. STERN, P.A.,**
Appellee.

No. 4D20-2126

[July 8, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 502016CA011903XXXMB.

John Korman, Boca Raton, pro se.

Melissa A. Giasi of Giasi Law, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***